JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOEL RIVERA, | ) Case No. 5:24-cv-01146-DFM |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| MARTIN O'MALLEY,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: November 5, 2024

HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE